MARILYN M. COWAN v. ALEXANDRE ACKAD, M.D.

May 19, 1987.

Petition for certification granted. (See 215 *N.J.Super.* 484)

BEVERLY R. SWEENEY v. STEPHEN BELL, M.D.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP SOLIMEME, JR.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SCHMIDT.

May 19, 1987.

Petition for certification granted. (See 213 *N.J.Super.* 576)

STATE OF NEW JERSEY v. NICHOLAS FRASCO.

May 19, 1987.

Petition for certification denied.